Ser# 080412
ACK SEQ NUM 00040

01-26-05
00:23:56

Wendy Minaya Petitioner 11/21/76

- against

Police Officer

**AFFIDAVIT OF SERVICE OF FINAL ORDER OF PROTECTION**

Carlos Cunario Respondent 03/03/73

Family Court State of New York
County of ______________ SS:

'71 Docket No. O-17536/04

I, ~~PO TAYLOR~~ Det Sambarski (Officer's Name), do hereby affirm under the penalties of perjury as follows.

1. I am over 18 years of age, and not a party to this action.

2. On 01/25/05 ______ at 9 50 (a.m.)(p.m.)

I served the ORDER OF PROTECTION upon Carlos Canario (Name of Person Served)

respondent, by delivering a true copy thereof to him/her personally at

556 west 170 ST Apt 1D
(indicate address, or in the event there is no address, the place and manner of service)

3. I knew the person so served to be the person mentioned and described in said papers as the respondent and that person's description is:

Sex M Skin Color Br Hair Color Bk
Approximate Age 31 Weight 160 Height 5'10"

Other identifying Features ______________

The person served was identified to me by ______________

(Officer's Signature)

Dated: 01/25/05
MO. Day Year

Sambarski
(Officer's name printed)

Manhattan New York
County

Rank Det Shield 7565 CMD 34